# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Kenneth W. Thompson, Sr. | | |
| | First Name    Middle Name | Last Name | |
| Debtor 2 | Lori B. Thompson | | ☐ Check if this is an amended plan. |
| (Spouse, if filing) | First Name    Middle Name | Last Name | |
| Case number (If known) | 19-60405 | | |

## Chapter 13 Plan and Motion

[Pursuant to Fed. R. Bankr. P. 3015.1, the Southern District of Georgia General Order 2017-3 adopts this form in lieu of the Official Form 113].

1. **Notices. Debtor(s) must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as not being contained in the plan or if neither or both boxes are checked, the provision will be ineffective if set out in the plan.**

    (a) This plan:
    - ☑ contains nonstandard provisions. See paragraph 15 below.
    - ☐ does not contain nonstandard provisions.

    (b) This plan:
    - ☑ values the claim(s) that secures collateral. See paragraph 4(f) below.
    - ☐ does not value claim(s) that secures collateral.

    (c) This plan:
    - ☑ seeks to avoid a lien or security interest. See paragraph 8 below.
    - ☐ does not seek to avoid a lien or security interest.

2. **Plan Payments.**

    (a) The Debtor(s) shall pay to the Chapter 13 Trustee (the "Trustee") the sum of **$1,760.00** for the applicable commitment period of:

    ☐ 60 months: **or**

    ☑ a minimum of 36 months. See 11 U.S.C. § 1325(b)(4).

    (If applicable include the following: These plan payments will change to $_____ monthly on _____.)

    (b) The payments under paragraph 2(a) shall be paid:

    ☐ Pursuant to a Notice to Commence Wage Withholding, the Debtor(s) request(s) that the Trustee serve such Notice(s) upon the Debtor's(s') employer(s) as soon as practicable after the filing of this plan. Such Notice(s) shall direct the Debtor's(s') employer(s) to withhold and remit to the Trustee a dollar amount that corresponds to the following percentages of the monthly plan payment:

    ☐ Debtor 1 ____%  ☐ Debtor 2 ____%

    ☑ Direct to the Trustee for the following reason(s):
    ☐ The Debtor(s) receive(s) income solely from self-employment, Social Security, government assistance, or retirement.
    ☑ The Debtor(s) assert(s) that wage withholding is not feasible for the following reason(s):
    **It would be in Debtors' best interest to make direct payments to the Trustee. No deductions come out of husband's pay, and the wife's income is not enough to cover the wage withholding & her personal expenses.**

    (c) Additional Payments of **$0.00** (estimated amount) will be made on ___,___ (anticipated date) from (source, including income tax refunds).

3. **Long-Term Debt Payments.**

    (a) **Maintenance of Current Installment Payments.** The Debtor(s) will make monthly payments in the manner specified as follows on the following long-term debts pursuant to 11 U.S.C. § 1322(b)(5). These postpetition payments will be disbursed by either the Trustee or

GASB - Form 113 December 1, 2017

| Debtor | Kenneth W. Thompson<br>Lori B. Thompson | Case number | 19-60405 |
|---|---|---|---|

directly by the Debtor(s), as specified below. Postpetition payments are to be applied to postpetition amounts owed for principal, interest, authorized postpetition late charges and escrow, if applicable. Conduit payments that are to be made by the Trustee which become due after the filing of the petition but before the month of the first payment designated here will be added to the prepetition arrearage claim.

| CREDITOR | COLLATERAL | PRINCIPAL RESIDENCE (Y/N) | PAYMENTS TO MADE BY (TRUSTEE OR DEBTOR(S)) | MONTH OF FIRST POSTPETITION PAYMENT TO CREDITOR | INITIAL MONTHLY PAYMENT |
|---|---|---|---|---|---|
| Eli Collins, LLC | 0.84 acre of real property and house located at 169 E Brazell Street Reidsville, GA | Yes | Debtors | November, 2019 | $600.00 |
| Renasant Bank | 0.84 acre of real property and house | Yes | Debtors | November, 2019 | $175.00 |

(b) **Cure of Arrearage on Long-Term Debt.** Pursuant to 11 U.S.C. § 1322(b)(5), prepetition arrearage claims will be paid in full through disbursements by the Trustee, with interest (if any) at the rate stated below. Prepetition arrearage payments are to be applied to prepetition amounts owed as evidenced by the allowed claim.

| CREDITOR | DESCRIPTION OF COLLATERAL | PRINCIPAL RESIDENCE (Y/N) | ESTIMATED AMOUNT OF ARREARAGE | INTEREST RATE ON ARREARAGE (if applicable) |
|---|---|---|---|---|
| Renasant Bank | 0.84 acre of real property and house | Yes | $250.00 | 0.00% |

4. **Treatment of Claims.** From the payments received, the Trustee shall make disbursements as follows unless designated otherwise:
   (a) **Trustee's Fees.** The Trustee percentage fee as set by the United States Trustee.

   (b) **Attorney's Fees.** Attorney's fees allowed pursuant to 11 U.S.C. § 507(a)(2) of $**4,500.00**.

   (c) **Priority Claims.** Other 11 U.S.C. § 507 claims, unless provided for otherwise in the plan will be paid in full over the life of the plan as funds become available in the order specified by law.

   (d) **Fully Secured Allowed Claims.** All allowed claims that are fully secured shall be paid through the plan as set forth below.

| CREDITOR | DESCRIPTION OF COLLATERAL | ESTIMATED CLAIM | INTEREST RATE | MONTHLY PAYMENT |
|---|---|---|---|---|
| -NONE- | | | | |

   (e) **Secured Claims Excluded from 11 U.S.C. § 506** (those claims subject to the hanging paragraph of 11 U.S.C. § 1325(a)). The claims listed below were either: (1) incurred within 910 days before the petition date and secured by a purchase money security interest in a motor vehicle acquired for the personal use of the Debtor(s), or (2) incurred within 1 year of the petition date and secured by a purchase money security interest in any other thing of value. These claims will be paid in full under the plan with interest at the rate stated below:

| CREDITOR | DESCRIPTION OF COLLATERAL | ESTIMATED CLAIM | INTEREST RATE | MONTHLY PAYMENT |
|---|---|---|---|---|
| **Chrysler Capital** | 2018 Dodge Ram Promaster Cargo Van | $38,168.00 | 7.00% | $528/18 Months<br>$891.00 until paid in full |
| **PNC Bank** | 2018 GMC Canyon | $29,703.00 | 7.00% | Min. $362.00 |

   (f) **Valuation of Secured Claims to Which 11 U.S.C. § 506 is Applicable.** The Debtor(s) move(s) to value the claims partially secured by collateral pursuant to 11 U.S.C. § 506 and provide payment in satisfaction of those claims as set forth below. The unsecured portion of any bifurcated claims set forth below will be paid pursuant to paragraph 4(h) below. The plan shall be served on all affected creditors in compliance with Fed. R. Bankr. P. 3012(b), and the Debtor(s) shall attach a certificate of service.

| CREDITOR | DESCRIPTION OF COLLATERAL | VALUATION OF SECURED CLAIM | INTEREST RATE | MONTHLY PAYMENT |
|---|---|---|---|---|
| **Farmers Furniture** | TV and all other collateral | $436.00 | 0.00% | Min. $10.00 |

| Debtor | Kenneth W. Thompson<br>Lori B. Thompson | | Case number | 19-60405 |

| CREDITOR | DESCRIPTION OF COLLATERAL | VALUATION OF SECURED CLAIM | INTEREST RATE | MONTHLY PAYMENT |
| --- | --- | --- | --- | --- |
| First Franklin Financial | Miscellaneous Household goods and all other collateral | $1.00 | 0.00% | Min. $1.00 |
| Republic Finance | Miscellaneous Household goods and all other collateral | $1.00 | 0.00% | Min. $1.00 |
| WS Badcock | Miscellaneous furniture | $1,000.00 | 7.00% | Min. $20.00 |

(g) **Special Treatment of Unsecured Claims.** The following unsecured allowed claims are classified to be paid at 100%

☐ with interest at ____% per annum; or ☐ without interest:

None

(h) **General Unsecured Claims.** Allowed general unsecured claims, including the unsecured portion of any bifurcated claims provided for in paragraph 4(f) or paragraph 9 of this plan, will be paid a **0.00**% dividend or a pro rata share of $**0.00**, whichever is greater.

5. **Executory Contracts.**
   (a) **Maintenance of Current Installment Payments or Rejection of Executory Contract(s) and/or Unexpired Lease(s).**

| CREDITOR | DESCRIPTION OF PROPERTY/SERVICES AND CONTRACT | ASSUMED/REJECTED | MONTHLY PAYMENT | DISBURSED BY TRUSTEE OR DEBTORS |
| --- | --- | --- | --- | --- |
| AT & T Mobility | Cell phone contract | Rejected | | |
| Verizon Wireless | Cell phone contract | Assumed | $315.00 | Debtors |

(b) **Treatment of Arrearages.** Prepetition arrearage claims will be paid in full through disbursements by the Trustee.

| CREDITOR | ESTIMATED ARREARAGE |
| --- | --- |
| -NONE- | |

6. **Adequate Protection Payments.** The Debtor(s) will make pre-confirmation lease and adequate protection payments pursuant to 11 U.S.C. § 1326(a)(1) on allowed claims of the following creditors: ☐ Direct to the Creditor; or ☐ To the Trustee

| CREDITOR | ADEQUATE PROTECTION OR LEASE PAYMENT AMOUNT |
| --- | --- |
| -NONE- | |

7. **Domestic Support Obligations.** The Debtor(s) will pay all postpetition domestic support obligations direct to the holder of such claim identified here. See 11 U.S.C. § 101(14A). The Trustee will provide the statutory notice of 11 U.S.C. § 1302(d) to the following claimant(s):

| CLAIMANT | ADDRESS |
| --- | --- |
| -NONE- | |

8. **Lien Avoidance.** Pursuant to 11 U.S.C. § 522(f), the Debtor(s) move(s) to avoid the lien(s) or security interest(s) of the following creditor(s), upon confirmation but subject to 11 U.S.C. § 349, with respect to the property described below. The plan shall be served on all affected creditor(s) in compliance with Fed. R. Bankr. P. 4003(d), and the Debtor(s) shall attach a certificate of service.

| CREDITOR | LIEN IDENTIFICATION (if known) | PROPERTY |
| --- | --- | --- |
| Farmers Furniture | | Miscellaneous Household goods |
| First Franklin Financial | | Miscellaneous Household goods |
| Republic Finance | | Miscellaneous Household goods |
| WS Badcock | | Miscellaneous Household goods |

9. **Surrender of Collateral.** The following collateral is surrendered to the creditor to satisfy the secured claim to the extent shown below upon confirmation of the plan. The Debtor(s) request(s) that upon confirmation of this plan the stay under 11 U.S.C. § 362(a) be terminated as to the collateral only and that the stay under 11 U.S.C. § 1301 be terminated in all respects. Any allowed deficiency balance resulting from a creditor's disposition of the collateral will be treated as an unsecured claim in paragraph 4(h) of this plan if the creditor amends its previously-filed, timely claim within 180 days from entry of the order confirming this plan or by such additional time as the creditor may be granted upon motion filed within that 180-day period.

| Debtor | Kenneth W. Thompson<br>Lori B. Thompson | | Case number | 19-60405 |
|---|---|---|---|---|

| CREDITOR | DESCRIPTION OF COLLATERAL | AMOUNT OF CLAIM SATISFIED |
|---|---|---|
| Core Credit Union #534-2 | 2017 Nissan Altima | Full Satisfaction |

10. **Retention of Liens.** Holders of allowed secured claims shall retain the liens securing said claims to the full extent provided by 11 U.S.C § 1325(a)(5).

11. **Amounts of Claims and Claim Objections.** The amount, and secured or unsecured status, of claims disclosed in this plan are based upon the best estimate and belief of the Debtor(s). An allowed proof of claim will supersede those estimated claims. In accordance with the Bankruptcy Code and Federal Rules of Bankruptcy Procedure objections to claims may be filed before or after confirmation.

12. **Payment Increases.** The Debtor(s) will increase payments in the amount necessary to fund allowed claims as this plan proposes, after notice from the Trustee and a hearing if necessary, unless a plan modification is approved.

13. **Federal Rule of Bankruptcy Procedure 3002.1.** The Trustee shall not pay any fees, expenses, or charges disclosed by a creditor pursuant to Fed. R. Bankr. P. 3002.1(c) unless the Debtor's(s') plan is modified after the filing of the notice to provide for payment of such fees, expenses, or charges.

14. **Service of Plan.** Pursuant to Fed. R. Bankr. P. 3015(d) and General Order 2017-3, the Debtor(s) shall serve the Chapter 13 plan on the Trustee and all creditors when the plan is filed with the court, and file a certificate of service accordingly. If the Debtor(s) seek(s) to limit the amount of a secured claim based on valuation of collateral (paragraph 4(f) above), seek(s) to avoid a security interest or lien (paragraph 8 above), or seek(s) to initiate a contested matter, the Debtor(s) must serve the plan on the affected creditors pursuant to Fed. R. Bankr. P. 7004. See Fed. R. Bankr. P. 3012(b), 4003(d), and 9014.

15. **Nonstandard Provisions.** Under Fed. R. Bankr. P. 3015(c), nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise in this local plan form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

    **Core Credit Union #534-3 and World Finance are contingent claims paid by the co-signers outside of the plan.**

By signing below, I certify the foregoing plan contains no nonstandard provisions other than those set out in paragraph 15.

Dated: **October 18, 2019**

/s/ **Kenneth W. Thompson, Sr.**
**Kenneth W. Thompson, Sr.**
*Debtor 1*

/s/ **Lori B. Thompson**
**Lori B. Thompson**
*Debtor 2*

/s/ **J. Michael Hall**
**J. Michael Hall 319333**
*Attorney for the Debtor(s)*

United States Bankruptcy Court
For the Southern District of Georgia

| | |
|---|---|
| In the Matter of: ) | Chapter 13 Bankruptcy |
| ) | |
| Kenneth W. Thompson, Sr. and ) | Case No. 19-60405 |
| Lori B. Thompson, ) | |
| ) | |
| Debtors. ) | |

## CERTIFICATE OF SERVICE

I certify that I have served the Plan by United States standard first-class mail to the Chapter 13 Trustee, the US Trustee, and creditors on the attached mailing matrix:

O. Byron Meredith, III
Chapter 13 Trustee
PO Box 10556
Savannah, GA 31412

Office of the U.S. Trustee
Johnson Square Business Center
2 E Bryan Street, Ste. 725
Savannah, GA 31401

This 22nd day of October, 2019.

/s/ J. Michael Hall                .
Attorney Bar No. 319333
Attorney for Debtors
Hall & Navarro, LLC
5 Oak Street
Statesboro, GA  30458
Telephone: (912) 764-6757
E-Mail: mhall@hallnavarro.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113J-6<br>Case 19-60405<br>Southern District of Georgia<br>Statesboro<br>Tue Oct 22 13:11:04 EDT 2019 | AT & T Mobility<br>PO Box 537104<br>Atlanta GA 30353-7104 | AT&T Mobility<br>One AT&T Way, Room 3A104<br>Bedminster NJ 07921-2693 |
| Afni, Inc.<br>PO Box 3517<br>Bloomington IL 61702-3517 | Altamaha Bank<br>PO Box 489<br>Vidalia GA 30475-0489 | (p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 |
| Angela McElroy-MaGruder<br>Clacys McElroy-McGruder & Kitchens<br>512 Telfair Street<br>Augusta GA 30901-2310 | Appling Investments<br>PO Box 727<br>Allenhurst GA 31301-0727 | B-Real, LLC<br>MS 550<br>PO Box 91121<br>Seattle WA 98111-9221 |
| (p)W S BADCOCK CORPORATION<br>POST OFFICE BOX 724<br>MULBERRY FL 33860-0724 | Berkshire Aviation, LLC<br>PO Box 179<br>Great Barrington MA 01230-0179 | Blakeley Medical Group<br>c/o Holloway Credit Solutions<br>3201 Montgomery Highway, Ste. 4<br>Dothan AL 36303-2113 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Castle Credit<br>20 N Wacker Dr.<br>Ste. 2275<br>Chicago IL 60606-3096 | Chapman Healthcare Services<br>305 Maple Drive<br>Vidalia GA 30474-8908 |
| Chatham Hospitalists<br>PO Box 15909<br>Savannah GA 31416-2609 | Chevron<br>PO Box 5010<br>Concord CA 94524-0010 | Chrysler Capital<br>PO Box 961275<br>Fort Worth TX 76161-0275 |
| Coastal Imaging Solutions<br>503 Eisenhower Dr<br>Savannah GA 31406-2668 | Comenity Bank<br>Bankruptcy Dept.<br>182125<br>Columbus OH 43218-2125 | Convergent Outsourcing, Inc.<br>PO Box 9004<br>Renton WA 98057-9004 |
| Core Credit Union<br>PO Box 1987<br>Statesboro GA 30459-1987 | Credit One Bank<br>PO Box 60500<br>City of Industry CA 91716-0500 | Cummings Sales and Services<br>706 Spence Lane<br>Nashville TN 37217-1144 |
| Doctors Lab.<br>PO Box 4750<br>Valdosta GA 31604-4750 | Dr. Ben Neely, M. D.<br>112 North Washington St.<br>Lyons GA 30436-1179 | East GA Reg Med Center<br>PO Box 1048<br>Statesboro GA 30459-1048 |
| Eli Collins, LLC<br>PO Box 326<br>Reidsville GA 30453-0326 | Emergency Physician<br>c/o Franklin Collection Serv.<br>2978 W Jackson St.<br>Tupelo MS 38801-6731 | (p)FARMERS FURNITURE<br>ATTN CORPORATE CREDIT DEPT<br>PO BOX 1140<br>DUBLIN GA 31040-1140 |

Fingerhut/Webbank
6250 Ridgewood Road
Saint Cloud MN 56303-0820

Firestone
PO Box 81307
Cleveland OH 44181-0307

First Franklin Financial
PO Box 667
1100 East 1st. Street
Vidalia GA 30474-4206

GA Dept. of Revenue
Compliance Division, ARCS-Bankruptcy
1800 Century Blvd. NW, Ste. 9100
Atlanta GA 30345

GA Emergency Assoc
PO Box 10066
Savannah GA 31412-0266

GE Money Bank
PO Box 5010
Concord CA 94524-0010

Genentech Access To Care
1DNA Way-MS #210
South San Francisco CA 94080-4918

J. Michael Hall
Hall & Navarro, LLC
5 Oak Street
Statesboro, GA 30458-4848

Hart Photography Studio
101 SW Broad Street
Lyons GA 30436-1495

Hunter Warfield
4620 Woodland Corporate Blvd.
Tampa FL 33614-2415

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia PA 19101-7346

J. Milton Moody MD
113 Moody Circle
Lyons GA 30436-1428

James Madix
PO Box 2049
Moultrie GA 31776-2049

Jessica Sanders
3700 Cleary Lane
Brooklet GA 30415-5100

Kenneth W. Thompson, Jr.
169 E Brazell Street
Reidsville GA 30453-4807

Kenneth W. Thompson, Sr.
Lori B. Thompson
169 E Brazell Street
Reidsville GA 30453-4807

Lanier Collection Agency
PO Box 15519
Savannah GA 31416-2219

Meadows Reg. Med Center
PO Box 407
Vidalia GA 30475-0407

Medclear
507 Prudential Road
Horsham PA 19044-2308

Medstarone Toombs
PO Box 16268
Savannah GA 31416-2968

Memorial Health Phy. Serv.
4731 Waters Ave.
Savannah GA 31404-6219

Memorial Hlth
PO Box 23089
Savannah GA 31403-3089

Merchants & Medical Adjustment
321 Main Street S
Tifton GA 31794-4897

Merrick Bank
PO Box 9201
Old Bethpage NY 11804-9001

Montgomery Emergency Group, LLC
PO Box 400
San Antonio TX 78292-0400

Nancy Elwood MD
1811 Edwina Drive
Vidalia GA 30474-8963

Neurological Institute
4 Jackson Blvd.
Savannah GA 31405-5895

(p)CREDITORS BANKRUPTCY SERVICE
PO BOX 800849
DALLAS TX 75380-0849

Office of the U. S. Trustee
Johnson Square Business Center
2 East Bryan Street, Ste 725
Savannah, GA 31401-2638

PNC Bank
2730 Liberty Ave.
Pittsburgh PA 15222-4747

Paragon Revenue Group
PO Box 127
Concord NC 28026-0127

Paramount Recovery Systems, L.P.
PO Box 23369
Waco TX 76702-3369

(p)PHOENIX FINANCIAL SERVICES LLC
PO BOX 361450
INDIANAPOLIS IN 46236-1450

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Professional Recovery Consultants, Inc.
PO Box 603586
Charlotte NC 28260-3586

Quest Diagnostics
PO Box 41652
Philadelphia PA 19101

Renasant Bank
104 North Main St.
Reidsville GA 30453-4800

(p)REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA 70454-8318

Roundup Funding, LLC
MS 550
PO Box 91121
Seattle WA 98111-9221

Sams
4605 Duke Dr.
Mason OH 45040-9410

South GA Radiology
PO Box 1069
Statesboro GA 30459

Summit Cancer Care
PO Box 23949
Savannah GA 31403-3949

Tattnall Community Hospital
c/io Barrister's Collection
1201 W Peachtree St. NE
Atlanta GA 30361-3503

Kenneth W. Thompson Sr.
169 E Brazell Street
Reidsville, GA 30453-4807

Lori B. Thompson
169 E Brazell Street
Reidsville, GA 30453-4807

Verizon Wireless
500 Technology Drive
#500
Weldon Springs MO 63304-2225

Vidalia Anesthesia Assoc.
PO Box 1303
Vidalia GA 30475-1303

Vidalia Imaging Assoc.
PO Box 13220
Savannah GA 31416-0220

Vidalia Radiology Assoc.
c/o Merchants Adjustment Serv.
PO Box 7511
Mobile AL 36670-0511

Woody Folsom Auto Group, Inc.
PO Box 1250
Baxley GA 31515

World Finance
609 Brannen St, Ste 8
Statesboro GA 30458-2004

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Americredit
200 Bailey Ave.
Fort Worth TX 76107

Badcock Home Furniture
307 E 1st Street
Vidalia GA 30474

Capital One Bank USA, NA
PO Box 85015
Richmond VA 23285-5075

Farmers Furniture
Attn: Corporate Credit
P.O. Box 1140
Dublin GA 31040-1140

Nexcard
PO Box 650524
Dallas TX 75265

Phoenix Financial Serv.
PO box 361450
Indianapolis IN 46236-1450

(d)Phoenix Financial Serv., LLC
8902 Otis Ave.
Ste. 103A
Indianapolis IN 46201-6000

Portfolio Recovery Assoc., LLC
PO Box 41067
Norfolk VA 23541

Republic Finance
721 S Main Street
Suite 2
Statesboro GA 30458

(d)WS Badcock
PO Box 232
Mulberry FL 33860

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Core Credit Union
PO Box 1987
Statesboro GA 30459-1987

(d)GA Emergency Assoc.
PO Box 10066
Savannah GA 31412-0266

(d)J. Michael Hall
Hall & Navarro, LLC
5 Oak Street
Statesboro, GA 30458-4848

(d)Lanier Collection Agency
PO Box 15519
Savannah GA 31416-2219

(d)Meadows Reg. Med. Center
PO Box 407
Vidalia GA 30475-0407

End of Label Matrix
Mailable recipients    80
Bypassed recipients     5
Total                  85